**No. 10M32. Frank M. Bafford, Plaintiff v. United States.**

562 U.S. 820, 131 S. Ct. 377, 178 L. Ed. 2d 13, 2010 U.S. LEXIS 6428.

October 4, 2010. Motion to direct the Clerk to file a bill of complaint denied.

**No. 10M29. B. D. S. D., Petitioner v. Texas.**

562 U.S. 820, 131 S. Ct. 377, 178 L. Ed. 2d 13, 2010 U.S. LEXIS 6600.

October 4, 2010. Motion for leave to proceed in forma pauperis without an affidavit of indigency executed by petitioner denied.

**No. 10M33. Dennis C. Reed, Petitioner v. Pennsylvania.**

562 U.S. 820, 131 S. Ct. 377, 178 L. Ed. 2d 13, 2010 U.S. LEXIS 6277.

October 4, 2010. Motion for leave to proceed in forma pauperis without an affidavit of indigency executed by petitioner granted.

Same case below, 605 Pa. 431, 990 A.2d 1158.